IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLINDA F. HARRIS,<br><br>                    Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS,<br><br>                    Defendant. | CASE NO. 1:13-cv-00259-RDB |

**DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S
LOCAL RULE 103.3 AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Now into court, through undersigned counsel, comes defendant NCO Financial Systems, Inc., which, pursuant to Local Rule 103.3 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its corporate disclosure statement and states as follows:

NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings, Inc., a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc. stock.

Date: February 27, 2013                    Respectfully Submitted:

                                           /s/ Erin O.Millar
                                           Erin O. Millar (Bar No. 28325)
                                           WHITEFORD, TAYLOR & PRESTON, LLP
                                           7 St. Paul Street

Baltimore, MD 21202
Telephone:  410.659.6424
Facsimile:  410.234.2377
E-mail:  emillar@wtplaw.com
*Attorneys for Defendant*
*NCO Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2013 a copy of the foregoing **DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, which will send notification of such filing electronically to counsel of record. Parties may access this filing through the court's system. I further certify that a copy of the foregoing **DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was also sent via U.S. First-Class Mail, postage prepaid, on February 27, 2013 to:

Glinda F. Harris
Plaintiff *Pro Se*
7306 Prince George Road
Pikesville, MD  21207

/s/ Erin O.Millar
Erin O. Millar (Bar No. 28325)