IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GLINDA F. HARRIS** | ) | |
| 7306 Prince George Road | ) | |
| Pikesville, Maryland 21207 | ) | |
| *Plaintiff* | ) | Case No.  **1:13-cv-00259-RDB** |
| vs | ) | |
| **NCO FINANCIAL SYSTEMS** | ) | |
| 507 Prudential Road | ) | |
| Horsham, Pennsylvania 19044 | ) | Judge **Richard D. Bennett** |
| *Defendant* | ) | |
| | ) | **Trial by Jury Demanded** |

## NOTICE OF INTENT TO FILE MOTION FOR SURREPLY

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, Glinda F. Harris notices the Court of intent to file motion for surreply:

Pursuant to Local Rule 105 (2) (a), Plaintiff Glinda F. Harris, hereby gives notice of her intent to motion the court to file a surreply brief responding to the Defendants reply and the accompanying new affidavit submitted by Anthony Albanese together with over 300 pages of exhibits newly offered in Defendants reply brief filed on April 19, 2013. *See Dkt. No.17*

Plaintiff intends to file the Motion for surreply by 4:00 p.m. (EST) on May 21, 2013. This notice is being filed as soon after receiving the reply brief as practicable.

Respectfully submitted,

Glinda F. Harris

Glinda F. Harris | 7306 Prince George Road, Pikesville, Maryland 21230 | 443-324-7977 | glindaharris6@gmail.com

7306 Prince George Road<br>
Pikesville, Maryland 21207<br>
(443) 324-7977<br>
glindaharris6@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Louis Leonard Galvis
SESSION, FISHMAN NATHAN, & ISRAEL, LLC
645 Stonington Lane
Fort Collins, CO 80525

And

Erin O. Millar
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street
Baltimore, Maryland 21202

NOTICE OF INTENT TO FILE SURREPLY
Glinda F. Harris | 7306 Prince George Road, Pikesville, Maryland 21207 | 443-324-7977 | glindaharris6@gmail.com

2