IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLINDA F. HARRIS,

                           Plaintiff,

v.                                                    CASE NO. 1:13-cv-00259-RDB

NCO FINANCIAL SYSTEMS,

                           Defendant.

## STATUS REPORT

Pursuant to the Court's Scheduling Order of February 28, 2013, Plaintiff Glinda F. Harris, who is acting *pro se*, and Defendant NCO Financial Systems, Inc. ("NCO") submit their status report to the Court, as follows:

a.       NCO has completed its discovery in this case by issuing its interrogatories, requests for production, and requests for admissions to Plaintiff on June 6, 2013 and by deposing Plaintiff. Plaintiff on July 12, 2013.  Plaintiff did not issue any discovery requests to NCO and did not notice or request a deposition of NCO.

b.       On March 18, 2013 NCO filed a motion for summary judgment that is still pending.  On April 2, 2013 Plaintiff filed her opposition, and on April 19, 2013 NCO filed a reply to Plaintiff's opposition.  On May 17, 2013 Plaintiff filed a motion for leave to file a sur-reply memo in rebuttal to NCO's reply, which motion is also still pending.

c.       As stated above, NCO has already filed a dispositive motion for summary judgment.

d.       With her Complaint filed on January 29, 2013 Plaintiff requested that this case be tried to a jury.

e.      Prior to the filing of her complaint, Plaintiff made a settlement demand to NCO for her alleged claim brought under the U.S. Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (hereinafter referred to as the "FCRA"). NCO, which believes and contends that it committed no violation of the FCRA, has refused to agree to pay any sum in settlement of Plaintiff's claim.

f.      NCO does not believe that it would be helpful to refer this case to another Judge of this Court for a settlement or other ADR conference, either before or after the resolution of its dispositive motion for summary judgment.

g.      The parties do not consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of NCO's dispositive motion for summary judgment.

h.      The parties do not believe that there is any other matter that should be brought to the attention of the Court.

Dated:  July 15, 2013

_Glinda J. Harris / LLG_
Glinda F. Harris
Plaintiff *Pro Se*
7306 Prince George Road
Pikesville, MD 21207
Telephone:  443-324-7977
glindaharris6@gmail.com

/s/ Louis Leonard Galvis
Louis Leonard Galvis
Colorado Bar No. 32885 (*Pro Hac Vice*)
SESSIONS, FISHMAN NATHAN, & ISRAEL, LLC
645 Stonington Lane
Fort Collins, CO  80525
Telephone:  (970) 223-4420
Facsimile:  (970) 223-4490
E-mail:  lgalvis@sessions-law.biz

/s/ Erin O. Millar
Erin O. Millar
Maryland Bar No. 28325
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, MD 21202
Telephone: (410) 659-6424
Facsimile: (410) 234-2377
E-mail: emillar@wtplaw.com

*Attorneys for Defendant*
*NCO Financial Systems, Inc.*