IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLINDA F. HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-13-0259 |
| NCO FINANCIAL SYSTEMS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of December 2013, ORDERED that:

1. The Plaintiff's Motion for Leave of the Court to File Sur-Reply (ECF No. 19) is GRANTED;

2. The Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED;

3. Judgment BE, and it hereby IS, entered in favor of the Defendant and against the Plaintiff;

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel; and

5. The Clerk of the Court CLOSE THIS CASE.

/s/
Richard D. Bennett
United States District Judge